# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00362-CV

**Sylvia Garcia and Rocky Martinez Garcia, Sr., a/k/a Rocky Martinez Garcia, a/k/a Roque M. Garcia, a/k/a Roque Martinez Garcia, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT NO. B-04-0226-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants have filed motions for extensions of time to file their appellate briefs, explaining that the record is not yet complete and that they therefore are unable to file their briefs on time. We abate the appeal until January 10, 2007, to allow time for the appellate record to be supplemented. Appellants' briefs will be due twenty days later, on January 30, 2007. If the record is not fully supplemented by January 10, 2007, the parties are instructed to file a report informing this Court of the status of the appeal.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   December 18, 2006